USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/02/2012

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LONNIE PEARSON,                     :
                                    :
                  Petitioner,       :
                                    :    11 Civ. 3452
                                    :    (BSJ)(MHD)
            v.                      :
                                    :    Order
STEVEN RACETTE,                     :
                                    :
                  Respondent.       :
------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

    On August 3, 2012, Magistrate Judge Dolinger issued a Report and Recommendation ("Report"), recommending that this Court grant Respondent's motion to dismiss Petitioner's petition for a writ of habeas corpus with prejudice. Petitioner failed to object to Judge Dolinger's Report within 14 days, as ordered.

    The Court has reviewed the Report and is satisfied that there is no clear error on the face of the record, and confirms and adopts the Report in its entirety. See King v. Greiner, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009) (citation omitted); see also Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). Plaintiff's failure to file written objections precludes appellate review of this decision. See Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

    Accordingly, the Court adopts the Report in full, dismissing the petition with prejudice. The Clerk of the Court is directed to close the case.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 2, 2012